

**Select Employment Services, Inc.**
4716 Old Gettysburg Road
Mechanicsburg, PA 17055

PNC BANK
CENTRAL PA

60-1273/313

# DIRECT DEPOSIT ADVICE

County National Bank      Checking Account      XXXXXX2018      634.24

Ms. Cynthia L. Marshall
1308 Parkview Drive
Clearfield PA 16830

## NON-NEGOTIABLE

| EMPLOYEE NAME | | | EMPLOYEE NUMBER | DEPT | SELECT EMPLOYMENT SERVICES, INC. AT: | | |
|---|---|---|---|---|---|---|---|
| Ms. Cynthia L. Marshall | | | 149429 | 0099 | RehabClinics, Inc. | | |
| PERIOD START | PERIOD END | PAYMENT DATE | | BASE SALARY | | EID HOURS | PTO HOURS |
| 18-MAY-2007 | 31-MAY-2007 | 08-JUN-2007 | | 11.97 | | 57 | 6 |
| FEDERAL FILING STATUS | | FEDERAL ALLOWANCES | | STATE FILING STATUS | | STATE ALLOWANCES | |
| Single | | 0 | | Not Used (PA) | | 0 | |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | YEAR TO DATE | DESCRIPTION | AMOUNT | YEAR TO DATE |
| Time Entry Wag | 62.50 | 748.13 | 9706.68 | FIT | 95.23 | 1351.94 |
| BRV Pay Hrl | | 0.00 | 279.12 | SS | 51.62 | 676.96 |
| EID Pay Hrl | | 0.00 | 93.04 | MEDICARE | 12.07 | 158.32 |
| PTO Pay Hrl | 13.00 | 155.61 | 923.72 | (PA) SIT | 25.56 | 335.23 |
| SMC Bonus | | 0.00 | 700.00 | (PA) SUI | 0.81 | 10.53 |
| | | | | (Clearfield) CI | 4.16 | 54.61 |
| Paid Time Off | 13.00 | EID Time Off | 0.00 | (Clearfield) HT | 0.00 | 52.00 |
| PTO Accrual | 6.15 | EID Accrual | 1.85 | Dental Plan | 5.75 | 69.00 |
| PTO Balance | 6.19 | EID Balance | 56.58 | Medical Plan | 65.42 | 714.90 |
| | | | | Dependent Life | 0.50 | 5.93 |
| | | | | Short Term Disa | 6.57 | 86.96 |
| | | | | Supplemental Li | 1.81 | 26.48 |

| SUMMARIES | CURRENT | YEAR TO DATE |
|---|---|---|
| Gross Pay | 903.74 | 11702.56 |
| Pre-Tax Deduction | 71.17 | 783.90 |
| Tax Deductions | 189.45 | 2639.59 |
| Other Deductions | 8.88 | 119.37 |
| Net Pay | 634.24 | 8159.70 |

**DIRECT DEPOSIT ADVICE**



**Select** Employment Services, Inc.
4716 Old Gettysburg Road
Mechanicsburg, PA 17055

PNC BANK
CENTRAL PA

60-1273/313

# DIRECT DEPOSIT ADVICE

County National Bank      Checking Account      XXXXXX2018    673.93

Ms. Cynthia L. Marshall
1308 Parkview Drive
Clearfield PA 16830

# NON-NEGOTIABLE

| EMPLOYEE NAME | | | EMPLOYEE NUMBER | DEPT | SELECT EMPLOYMENT SERVICES, INC. AT: | | |
|---|---|---|---|---|---|---|---|
| Ms. Cynthia L. Marshall | | | 149429 | 0099 | RehabClinics, Inc. | | |
| PERIOD START | PERIOD END | PAYMENT DATE | | BASE SALARY | | EID HOURS | PTO HOURS |
| 04-MAY-2007 | 17-MAY-2007 | 25-MAY-2007 | | 11.97 | | 55 | 13 |
| FEDERAL FILING STATUS | | FEDERAL ALLOWANCES | STATE FILING STATUS | | | STATE ALLOWANCES | |
| Single | | 0 | Not Used (PA) | | | 0 | |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | YEAR TO DATE | DESCRIPTION | AMOUNT | YEAR TO DATE |
| Time Entry Wag | 78.50 | 939.65 | 8958.55 | FIT | 103.31 | 1256.71 |
| BRV Pay Hrl | | 0.00 | 279.12 | SS | 54.96 | 625.34 |
| EID Pay Hrl | | 0.00 | 93.04 | MEDICARE | 12.86 | 146.25 |
| PTO Pay Hrl | 1.50 | 17.96 | 768.11 | (PA) SIT | 27.21 | 309.67 |
| SMC Bonus | | 0.00 | 700.00 | (PA) SUI | 0.86 | 9.72 |
| | | | | (Clearfield) CI | 4.43 | 50.45 |
| Paid Time Off | 1.50 | EID Time Off | 0.00 | (Clearfield) HT | 0.00 | 52.00 |
| PTO Accrual | 6.15 | EID Accrual | 1.85 | Dental Plan | 5.75 | 63.25 |
| PTO Balance | 13.04 | EID Balance | 54.74 | Medical Plan | 65.42 | 649.48 |
| | | | | Dependent Life | 0.50 | 5.43 |
| | | | | Short Term Disa | 6.57 | 80.39 |
| | | | | Supplemental Li | 1.81 | 24.67 |

| SUMMARIES | CURRENT | YEAR TO DATE |
|---|---|---|
| Gross Pay | 957.61 | 10798.82 |
| Pre-Tax Deduction | 71.17 | 712.73 |
| Tax Deductions | 203.63 | 2450.14 |
| Other Deductions | 8.88 | 110.49 |
| Net Pay | 673.93 | 7525.46 |

# DIRECT DEPOSIT ADVICE



Select Employment Services, Inc.
4716 Old Gettysburg Road
Mechanicsburg, PA 17055

PNC BANK
CENTRAL PA                    60-1273/313

# DIRECT DEPOSIT ADVICE

County National Bank      Checking Account     XXXXXX2018     653.89

Ms. Cynthia L. Marshall
1308 Parkview Drive
Clearfield PA 16830

## NON-NEGOTIABLE

| EMPLOYEE NAME | | EMPLOYEE NUMBER | DEPT | SELECT EMPLOYMENT SERVICES, INC. AT: | | |
|---|---|---|---|---|---|---|
| Ms. Cynthia L. Marshall | | 149429 | 0099 | RehabClinics, Inc. | | |
| PERIOD START | PERIOD END | PAYMENT DATE | | BASE SALARY | EID HOURS | PTO HOURS |
| 20-APR-2007 | 03-MAY-2007 | 11-MAY-2007 | | 11.63 | 53 | 8 |
| FEDERAL FILING STATUS | | FEDERAL ALLOWANCES | STATE FILING STATUS | | STATE ALLOWANCES | |
| Single | | 0 | Not Used (PA) | | 0 | |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | YEAR TO DATE | DESCRIPTION | AMOUNT | YEAR TO DATE |
| Time Entry Wag | 75.50 | 878.07 | 8018.90 | FIT | 99.23 | 1153.40 |
| BRV Pay Hrl | | 0.00 | 279.12 | SS | 53.27 | 570.38 |
| EID Pay Hrl | | 0.00 | 93.04 | MEDICARE | 12.45 | 133.39 |
| PTO Pay Hrl | 4.50 | 52.34 | 750.15 | (PA) SIT | 26.38 | 282.46 |
| SMC Bonus | | 0.00 | 700.00 | (PA) SUI | 0.84 | 8.86 |
| | | | | (Clearfield) CI | 4.30 | 46.02 |
| | | | | (Clearfield) HT | 0.00 | 52.00 |
| Paid Time Off | 4.50 | EID Time Off | 0.00 | Dental Plan | 5.75 | 57.50 |
| PTO Accrual | 5.54 | EID Accrual | 1.85 | Medical Plan | 65.42 | 584.06 |
| PTO Balance | 8.38 | EID Balance | 52.89 | Dependent Life | 0.50 | 4.93 |
| | | | | Short Term Disa | 6.57 | 73.82 |
| | | | | Supplemental Li | 1.81 | 22.86 |

| SUMMARIES | CURRENT | YEAR TO DATE |
|---|---|---|
| Gross Pay | 930.41 | 9841.21 |
| Pre-Tax Deduction | 71.17 | 641.56 |
| Tax Deductions | 196.47 | 2246.51 |
| Other Deductions | 8.88 | 101.61 |
| Net Pay | 653.89 | 6851.53 |

## DIRECT DEPOSIT ADVICE



Select Employment Services, Inc.
4716 Old Gettysburg Road
Mechanicsburg, PA 17055

PNC BANK
CENTRAL PA          60-1273/313

# DIRECT DEPOSIT ADVICE

County National Bank    Checking Account    XXXXXX2018    653.87

Ms. Cynthia L. Marshall
1308 Parkview Drive
Clearfield PA 16830

## NON-NEGOTIABLE

| EMPLOYEE NAME | | EMPLOYEE NUMBER | DEPT | SELECT EMPLOYMENT SERVICES, INC. AT: | | |
|---|---|---|---|---|---|---|
| Ms. Cynthia L. Marshall | | 149429 | 0099 | RehabClinics, Inc. | | |
| PERIOD START | PERIOD END | PAYMENT DATE | | BASE SALARY | EID HOURS | PTO HOURS |
| 06-APR-2007 | 19-APR-2007 | 27-APR-2007 | | 11.63 | 51 | 7 |
| FEDERAL FILING STATUS | | FEDERAL ALLOWANCES | STATE FILING STATUS | | STATE ALLOWANCES | |
| Single | | 0 | Not Used (PA) | | 0 | |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | YEAR TO DATE | DESCRIPTION | AMOUNT | YEAR TO DATE |
| Time Entry Wag | 69.50 | 808.29 | 7140.83 | FIT | 99.23 | 1054.17 |
| BRV Pay Hrl | | 0.00 | 279.12 | SS | 53.28 | 517.11 |
| EID Pay Hrl | | 0.00 | 93.04 | MEDICARE | 12.46 | 120.94 |
| PTO Pay Hrl | 10.50 | 122.12 | 697.81 | (PA) SIT | 26.38 | 256.08 |
| SMC Bonus | | 0.00 | 700.00 | (PA) SUI | 0.84 | 8.02 |
| | | | | (Clearfield) CI | 4.30 | 41.72 |
| | | | | (Clearfield) HT | 0.00 | 52.00 |
| Paid Time Off | 10.50 | EID Time Off | 0.00 | Dental Plan | 5.75 | 51.75 |
| PTO Accrual | 5.54 | EID Accrual | 1.85 | Medical Plan | 65.42 | 518.64 |
| PTO Balance | 6.73 | EID Balance | 51.04 | Dependent Life | 0.50 | 4.43 |
| | | | | Short Term Disa | 6.57 | 67.25 |
| | | | | Supplemental Li | 1.81 | 21.05 |

| SUMMARIES | CURRENT | YEAR TO DATE |
|---|---|---|
| Gross Pay | 930.41 | 8910.80 |
| Pre-Tax Deduction | 71.17 | 570.39 |
| Tax Deductions | 196.49 | 2050.04 |
| Other Deductions | 8.88 | 92.73 |
| Net Pay | 653.87 | 6197.64 |

**DIRECT DEPOSIT ADVICE**



Select Employment Services, Inc.
4716 Old Gettysburg Road
Mechanicsburg, PA 17055

PNC BANK
CENTRAL PA            60-1273/313

# DIRECT DEPOSIT ADVICE

| County National Bank | Checking Account | XXXXXX2018 | 653.87 |

Ms. Cynthia L. Marshall
1308 Parkview Drive
Clearfield PA 16830

## NON-NEGOTIABLE

| EMPLOYEE NAME | | EMPLOYEE NUMBER | DEPT | SELECT EMPLOYMENT SERVICES, INC. AT: |
|---|---|---|---|---|
| Ms. Cynthia L. Marshall | | 149429 | 0099 | RehabClinics, Inc. |
| PERIOD START | PERIOD END | PAYMENT DATE | BASE SALARY | EID HOURS | PTO HOURS |
| 23-MAR-2007 | 05-APR-2007 | 13-APR-2007 | 11.63 | 49 | 12 |
| FEDERAL FILING STATUS | FEDERAL ALLOWANCES | STATE FILING STATUS | | STATE ALLOWANCES |
| Single | 0 | Not Used (PA) | | 0 |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | YEAR TO DATE | DESCRIPTION | AMOUNT | YEAR TO DATE |
| Time Entry Wag | 54.00 | 628.02 | 6332.54 | FIT | 99.23 | 954.94 |
| BRV Pay Hrl | 24.00 | 279.12 | 279.12 | SS | 53.27 | 463.83 |
| EID Pay Hrl | | 0.00 | 93.04 | MEDICARE | 12.46 | 108.48 |
| PTO Pay Hrl | 2.00 | 23.26 | 575.69 | (PA) SIT | 26.38 | 229.70 |
| SMC Bonus | | 0.00 | 700.00 | (PA) SUI | 0.84 | 7.18 |
| | | | | (Clearfield) CI | 4.30 | 37.42 |
| | | | | (Clearfield) HT | 0.00 | 52.00 |
| Paid Time Off | 2.00 | EID Time Off | 0.00 | Dental Plan | 5.75 | 46.00 |
| PTO Accrual | 5.54 | EID Accrual | 1.85 | Medical Plan | 65.42 | 453.22 |
| PTO Balance | 11.69 | EID Balance | 49.20 | Dependent Life | 0.50 | 3.93 |
| | | | | Short Term Disa | 6.57 | 60.68 |
| | | | | Supplemental Li | 1.81 | 19.24 |

| SUMMARIES | CURRENT | YEAR TO DATE |
|---|---|---|
| Gross Pay | 930.40 | 7980.39 |
| Pre-Tax Deduction | 71.17 | 499.22 |
| Tax Deductions | 196.48 | 1853.55 |
| Other Deductions | 8.88 | 83.85 |
| Net Pay | 653.87 | 5543.77 |

# DIRECT DEPOSIT ADVICE